# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 13, 2019

## NO. 03-17-00584-CV

**William Richard Holms, Appellant**

**v.**

**West Travis County Public Utility Agency and Don Rauschuber, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND TRIANA
AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the interlocutory order signed by the trial court on August 17, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's interlocutory order. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.